<u>**UNPUBLISHED**</u>

**UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT**

---

**No. 00-6166**

---

ANDREW WINDSOR,

Plaintiff - Appellant,

versus

HENRY E. HUDSON, United States Attorney, in
his Official and Individual Capacity; NASH W.
SCHOOT, Assistant United States Attorney, in
his Official and Individual Capacity,

Defendants - Appellees.

---

**No. 00-6356**

---

ANDREW WINDSOR,

Plaintiff - Appellant,

versus

HENRY E. HUDSON, United States Attorney, in
his Official and Individual Capacity; NASH W.
SCHOOT, Assistant United States Attorney, in
his Official and Individual Capacity,

Defendants - Appellees.

Appeals from the United States District Court for the Eastern District of Virginia, at Richmond. Robert E. Payne, District Judge. (CA-99-468-3)

Submitted: April 27, 2000          Decided: May 4, 2000

Before NIEMEYER and MOTZ, Circuit Judges, and BUTZNER, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Andrew Windsor, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Andrew Windsor seeks to appeal the district court's orders dismissing without prejudice his <u>Bivens</u>[*] complaint and denying his motion filed under Fed. R. Civ. P. 60(b). We have reviewed the record and the district court's opinion accepting the recommendation of the magistrate judge to deny relief on the complaint and find no reversible error in the district court's conclusion that Windsor's claim was barred by the applicable statute of limitations. Nor do we find any abuse of discretion in the district court's denial of Windsor's Rule 60(b) motion. Accordingly, we affirm on the reasoning of the district court. <u>See</u> <u>Windsor v. Hudson</u>, No. CA-99-468-3 (E.D. Va. Jan. 10 & Mar. 10, 2000). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>

---

[*] <u>Bivens v. Six Unknown Named Agents of the Fed. Bureau of Narcotics</u>, 403 U.S. 388 (1971).